**JS-6**

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WEST DIVISION

| | |
|---|---|
| KRISTIN LUCK, an individual, | **Case No.: 10 CV 01671 SVW (PJWx)** |
| Plaintiff, | [Assigned for trial purposes to Hon. Stephen V. Wilson and to Magistrate Patrick J. Walsh for Discovery purposes] |
| vs. | |
| OTX ACQUISITION CORPORATION, a Delaware Corporation, OTX ACQUISITION LLC, a Delaware Limited Liability Company, OTX CORPORATION, a Delaware Corporation, AND, DOES 1 to 10, inclusive, | **ORDER RE: STIPULATION TO DISMISS ORIGINAL COMPLAINT, COUNTERCLAIM AND THIRD PARTY COMPLAINT WITH PREJUDICE** |
| Defendants. | [Filed concurrently with Stipulation to Dismiss] |
| OTX ACQUISITION LLC, a Delaware Corporation, OTX CORPORATION, a Delaware Corporation, | |
| Third Party Plaintiffs, | [Trial Date: 11/2/2010] |
| vs. | |
| KRISTIN LUCK, an individual, | |
| Counterdefendant. | |
| vs. | |
| FOREFRONT CONSULTING GROUP, INC., a California Corporation, FOREFRONT CONSULTING GROUP, LLC, a California Limited Liability Company, DECIPHER, INC., a California Corporation, and ROES 1 through 5, inclusive. | |
| Third Party Defendant. | |

1  **IT IS HEREBY ORDERED,** pursuant to the Stipulation filed concurrently herewith by and between all parties to this action, through their designated counsel, that the original Complaint and all claims therein, filed by Plaintiff KRISTIN LUCK against Defendants OTX ACQUISITION CORPORATION and OTX CORPORATION, and DOES 1 through 10, be and hereby is dismissed in its entirety with prejudice.

**IT IS FURTHER ORDERED**, pursuant to the Stipulation filed concurrently herewith by and between all parties to this action, through their respective attorneys, that the Counterclaim and all claims therein, filed by Counterclaimants OTX ACQUISITION LLC and OTX CORPORATION against Counterdefendant KRISTIN LUCK be and hereby is dismissed in its entirety with prejudice.

**IT IS FURTHER ORDERED,** pursuant to the Stipulation filed concurrently herewith by and between all parties to this action, through their respective attorneys, that the Third Party Complaint and all claims therein, filed by Third Party Plaintiffs OTX ACQUISITION LLC and OTX CORPORATION against Third Party Defendants FOREFRONT CONSULTING GROUP, INC., FOREFRONT CONSULTING GROUP, LLC and DECIPHER, INC., and ROES 1 through 5, be dismissed in its entirety with prejudice.

**IT IS SO ORDERED**.

DATED: October 7, 2010   _____
                          Honorable Stephen V. Wilson
                          United States District Court
                          Central District of California

---

**[PROPOSED] ORDER RE: STIPULATION TO DISMISS ORIGINAL COMPLAINT, COUNTERCLAIM AND THIRD PARTY COMPLAINT WITH PREJUDICE** (Case No. 10 CV 01671 SVW (PJWx))

- 2 –